**7/29/2015**                                                **COA No. 01-14-00206-CR**
**RODRIGUEZ, ALAN OMAR    Tr. Ct. No. 1378403**                   **PD-0228-15**
On this day, the Appellant's Pro Se petition for discretionary review has been
refused.

Abel Acosta, Clerk

1ST COURT OF APPEALS  CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX  77002-7006
\* DELIVERED VIA E-MAIL \*